IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| WILLIAM DIXON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-00176-CV-W-ODS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JUDGMENT IN A CIVIL CASE**

☐ Jury Verdict. This action came before the Court for a trial by jury.

☒ Decision by Court. The issues have been considered and a decision has been rendered by the court.

IT IS ORDERED AND ADJUDGED affirming Commissioner's final decision denying benefits.

AT THE DIRECTION OF THE COURT

Dated: 1/29/2010
ANN THOMPSON
Court Executive

/s/Joella Baldwin
By: Deputy Clerk